# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI BILEWICZ, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FMR LLC; FMR LLC INVESTMENT COMMITTEE; and John and Jane Does 1-25,<br><br>    Defendants. | Civil Action No. 13-10636-DJC |

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE AND EXPAND THE PAGE LIMITS**

On June 3, 2013 the Defendants filed a motion to dismiss [Docket # 23]. With Plaintiff's assent, the Court extended Defendants' page limit on the motion to 35 pages. Plaintiff and Defendants now jointly request the Court to lengthen the briefing schedule and expand the page limits, due to the complexity of the issues presented, so that Plaintiff's opposition may extend up to 35 pages and will be due on August 2, 2013, and Defendants' reply may extend up to 25 pages and will be due on September 16, 2013.

Dated: June 11, 2013

*/s/ James Fleckner*
James O Fleckner (BBO # 641494)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel.: 617.570.1000
Fax: 617.523.1231

*Counsel for Defendants*

*/s/ John Roddy*
John Roddy (BBO # 424240)
BAILEY & GLASSER LLP
125 Summer Street, Suite 1030
Boston, MA 02110
Tel.: 617.439.6730
Fax: 617.951.3954

*Counsel for Plaintiff*

## Certificate of Service

      I hereby certify that a true and correct copy of the *Joint Motion to Extend the Briefing Schedule and Expand the Page Limits* was filed and served upon counsel of record using the United States District Court for the District of Massachusetts CM/ECF system on June 11, 2013.

                                                */s/ John Roddy*
                                                John Roddy