# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LORI BILEWICZ, | ) | |
| and all other similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 13-10636-DJC |
| v. | ) | |
| | ) | |
| FMR LLC; FMR LLC INVESTMENT | ) | |
| COMMITTEE; | ) | |
| and John and Jane Does 1-25 | ) | |
| | ) | |
| Defendants. | ) | |

### Plaintiffs' Memorandum of Law in Support of Motion for Leave to Amend

Plaintiffs move under Fed. R. Civ. P. 15(a)(2) for leave to file an amended complaint, Exhibit A hereto. Plaintiffs have not previously sought to amend their complaint.

The proposed amendment adds twenty-six additional named plaintiffs who, collectively, invested in dozens of mutual funds in the FMR LLC Profit Sharing Plan ("Plan"), including several plaintiffs with current account balances in the Plan. The proposed amendment also adds fact and class allegations regarding Plan terms that purportedly mandate that any Plan investment in mutual funds must be in mutual funds managed by Fidelity Management and Research Company ("Fidelity").

## BACKGROUND

Plaintiff Lori Bilewicz filed the initial complaint on March 19, 2013. Doc. 1. Defendants moved to dismiss, arguing, among other things, that Bilewicz lacked standing to sue in connection with mutual funds in which she did not invest and that the Plan mandated investments in Fidelity mutual funds. Doc. No. 24. The parties subsequently conferred on a proposed amended complaint and jointly moved for an order setting a schedule for Plaintiffs to move for leave to file a proposed Amended Complaint. The Court granted that order on August 5, 2013, setting the date of

September 3, 2013 as the date by which Plaintiff would so move. This is the first time Plaintiffs have sought leave to amend their complaint.

## ARGUMENT

Both the Federal Rules and First Circuit jurisprudence dictate that leave to file Plaintiffs' Amendment should be granted. Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend pleadings "shall be freely given when justice so requires." Courts in this circuit employ a "liberal amendment policy." *ACA Fin. Guaranty Corp. v. Advest, Inc.*, 512 F.3d 46, 55 (1st Cir. 2008). A request should only be denied where there is undue delay, futility, or substantial prejudice to the other party. None of those factors are present here.

Plaintiffs have not unduly delayed. They have amended their complaint after 26 individuals decided to join the complaint as plaintiffs. All these individuals came forward after the initial complaint was filed. After these individuals contacted Plaintiffs' counsel, Plaintiffs' counsel sought Plan account records for these persons from Defendants, who cooperated in that effort. Defendants supplied Plan account statements for some of these individuals as recently as August 29, 2013. Plaintiffs also amended the complaint to add fact and class allegations concerning Plan terms that, according to Defendants, mandate that the Plan invest in mutual funds managed by Fidelity Management and Research Company. Plaintiffs did not have a copy of the official Plan document until Defendants filed their motion to dismiss on June 3, 2013, and have therefore amended as soon as practicable to address these Plan provisions.

The amendment is not futile. To the contrary, the amendment responds directly to Defendants' argument in their motion to dismiss that Bilewicz cannot sue on behalf of Plan participants who invested in Fidelity mutual funds other than those in which Bilewicz invested.

Defendants will not suffer prejudice. This case is at a very early stage. The amendment adds very little that Defendants will need to substantively address on any renewed motion to dismiss. Indeed, it seems likely that Defendants will not oppose the amendment.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their Motion for Leave to File an Amended Complaint under Federal Rules of Civil Procedure Rule 15.

Dated: September 3, 2013                                  Respectfully submitted,


                                                          /S/ John Roddy
                                                          John Roddy, BBO No. 424240
Garrett W. Wotkyns                                        Elizabeth Ryan, BBO No. 549632
Michael C. McKay                                          BAILEY & GLASSER LLP
SCHNEIDER WALLACE                                         125 Summer Street
COTTRELL KONECKY LLP                                      Suite 1030
8501 North Scottsdale Rd., Suite 270                      Boston, MA 02110
Scottsdale, AZ 85253                                      Tel: (617) 439-6730
Tel: (480) 428-0142                                       Fax: (617) 951-3954
Fax: (866) 505-8036

Peter Mougey                                              Gregory Y. Porter
Laura Dunning                                             Gabriel Siegle
LEVIN, PAPANTONIO, THOMAS,                                BAILEY & GLASSER LLP
MITCHELL, RAFFERTY & PROCTOR                              910 17th Street, NW
316 S. Baylen Street, Suite 600                           Suite 800
Pensacola, FL 32502                                       Washington, DC 20006
Tel: (850) 435-7121                                       Tel: (202) 463-2101
Fax: (850) 436-6147                                       Fax: (202) 463-2103

                                                          Joseph C. Peiffer, Esq.
                                                          Daniel Carr
                                                          FISHMAN HAYGOOD PHELPS
                                                          WALMSLEY WILLIS & SWANSON
                                                          201 St. Charles Avenue, Suite 4600
                                                          New Orleans, LA 70170-4600
                                                          Tel: (504) 586-5259
                                                          Fax: (504) 586-5250

                                                          *Attorneys for Plaintiffs*

**<u>Certificate of Service</u>**

I hereby certify that a true and correct copy of the <u>Plaintiffs' Memorandum of Law in Support of Motion for Leave to Amend</u> was filed and served upon counsel of record using the United States District Court for the District of Massachusetts CM/ECF system on September 3, 2013.

<u>/S/ John Roddy                      </u>
John Roddy
BAILEY & GLASSER LLP
125 Summer Street
Suite 1030
Boston, MA  02110
Tel: (617) 439-6730
Fax: (617) 951-3954