IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LORI BILEWICZ, et al.,**<br>and all others similarly situated,<br><br>    Plaintiffs,<br>              vs.<br><br>**FMR LLC; FMR LLC INVESTMENT COMMITTEE;**<br>and John and Jane Does 1-25,<br><br>    Defendants. | CIVIL ACTION NO: . 13-10636-DJC |

### DECLARATION OF GABRIEL F. SIEGLE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Gabriel F. Siegle, declare as follows:

1. I am a member of the law firm Bailey & Glasser LLP, counsel for Plaintiffs.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Fidelity media release dated 10/24/2013, titled *Fidelity Responds to Growing Investor Demand For Sector Products With Launch of Industry's Lowest Cost Passive Sector ETFs*, as found at http://www.fidelity.com/inside-fidelity/individual-investing/fidelity-expands-sector-investing-platform?print=true .

4. Attached hereto as Exhibit 2 is a compilation prepared by Plaintiffs listing publically available information supplied by Plaintiffs sourced from either the Fidelity media release titled *Fidelity Responds to Growing Investor Demand For Sector Products With Launch of Industry's Lowest Cost Passive Sector ETFs*, attached hereto as Exhibit 1, or the Fidelity public website, at http://fundresearch.fidelity.com/mutual-funds/category-performance-annual-total-returns/SECTOR .

5. Attached hereto as Exhibit 3 is an true and correct excerpted copy of the Administrative Section from the FMR LLC summary plan description, dated December 1, 2008.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Department of Labor Advisory Opinion number 98-06A, dated July 30, 1998, as found at http://www.dol.gov/ebsa/programs/ori/advisory98/98-06a.htm .

7. Attached hereto as Exhibit 5 is a true and correct copy of the year 2000 Form 5500 for the FMR Corp. Profit Sharing Plan.

8. Attached hereto as Exhibit 6 is a true and correct copy of the year 2012 Form 5500 for the FMR Corp. Profit Sharing Plan.

9. Attached hereto as Exhibit 7 is a true and correct copy of the brief of the Secretary of Labor as amicus curiae in support of plaintiffs-appellants urging reversal in the litigation *David v. Alphin*, No. 11-2181, before the Fourth Circuit Court of Appeals, dated December 28, 2011.

10. Attached hereto as Exhibit 8 is a true and correct copy of the brief filed by the acting Secretary of labor as amicus curiae in support of the petition for rehearing en banc or panel rehearing in the litigation *David v. Alphin*, No. 11-2181, before the Fourth Circuit Court of Appeals, dated February 28, 2013.

11. Attached hereto as Exhibit 9 is a true and correct copy of the brief filed by the Secretary of Labor as amicus curiae in support of the plaintiffs-appellants in the litigation *Tibble v. Edison International*, Nos. 10-56406, 10-56415, before the Ninth Circuit Court of Appeals, dated May 25, 2011.

12. Attached hereto as Exhibit 10 is a true and correct copy of the presentation *Collective Trust Funds – Are They Right for Your Plan?*, dated April 23, 2013, presented by Ruth Hughes-Guden and Leslie Schmidt, as found at http://www.iiforums.com/dcf/files/presentations/2013/15-Hughes-Guden-Schmidt_INVESCO.pdf .

13. Attached hereto as Exhibit 11 is a true and correct copy of the publication titled *Evolving Fiduciary Standards for Defined Contribution Plan Sponsors: The Impact of New Thinking About Employee Participation and Investment Selection*, dated June 2007, authored by Laurence E. Cranch and Daniel A. Notto.

14. Attached hereto as Exhibit 12 is a true and correct copy of the publication *Getting Ahead of the CIT Boom: Aligning Capabilities to Capture DC Market Share*, dated 2012, authored by SEI Knowledge Partnership, as found at

http://www.seic.com/docs/IMS/SEI_IMS_CIT_Boom_US.pdf .

15. Attached hereto as Exhibit 13 is a true and correct copy of the publication titled *Resurgance of Collective Trust Funds in the U.S. Market*, dated 2010, authored by Bob Wallace, as found at

http://www.citibank.com/transactionservices/home/securities_svcs/docs/resurgence_ctf.pdf .

I declare the foregoing is true under penalty of perjury that the foregoing is true and correct. Executed on: October 29, 2013

/S/ Gabriel Siegle
Gabriel Siegle
BAILEY & GLASSER LLP
910 17th St. NW
Suite 800
Washington, DC  20009
Tel: 202-463-2101
Fax: 202-463-2103
gsiegle@baileyglasser.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI BILEWICZ, et al., and all others similarly situated,<br><br>    Plaintiffs,<br>              vs.<br><br>FMR LLC; FMR LLC INVESTMENT COMMITTEE;<br>and John and Jane Does 1-25,<br><br>    Defendants. | CIVIL ACTION NO: . 13-10636-DJC |

### Certificate of Service

I hereby certify that a true and correct copy of the <u>Declaration of Gabriel F. Siegle in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint</u> was filed and served upon counsel of record using the United States District Court for the District of Massachusetts CM/ECF system on October 29, 2013.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory Y. Porter
　　　　　　　　　　　　　　　　　　　　　　Gregory Porter
　　　　　　　　　　　　　　　　　　　　　　BAILEY & GLASSER LLP
　　　　　　　　　　　　　　　　　　　　　　910 17th St. NW Suite 800
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20009
　　　　　　　　　　　　　　　　　　　　　　Tel: 202-463-2101
　　　　　　　　　　　　　　　　　　　　　　Fax. 202-463-2103