IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI BILEWICZ, *et al.*, <br> and all others similarly situated, <br> <br> Plaintiffs, <br> vs. <br> <br> FMR LLC; FMR LLC INVESTMENT COMMITTEE; <br> and John and Jane Does 1-25, <br> <br> Defendants. | Civil Action No. 13-10636-DJC |
| AIDEN YEAW, ALEX C. BROWN, <br> and all others similarly situated, <br> <br> Plaintiffs, <br> vs. <br> <br> FMR LLC; FMR LLC RETIREMENT COMMITTEE; <br> and John and Jane Does 1-25, <br> <br> Defendants. | Civil Action No. 14-10035-DJC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs, by and though their undersigned counsel, hereby move for an extension in which to file their papers in support of final approval of the Settlement and the Class Counsel's applications for attorneys' fees, expenses, and service payments pursuant to the Order (1) Consolidating The Actions, (2) Conditionally Certifying The Settlement Class As A Non-Opt-Out Class And Appointing Lead Class Counsel, (3) Granting Preliminary Approval Of The Settlement, (4) Directing Notice To Settlement Class Members And Approving The Plan And Form Of Notice, (5) Appointing A Settlement Administrator, (6) Scheduling A Fairness Hearing, And (7) Scheduling A Hearing On Class Counsel's Motion For Fees And Costs And The Payment of Service Awards For The Named Plaintiffs and file the aforementioned papers on August 21, 2014.

The undersigned has contacted counsel for Defendants and is authorized to represent that Defendants have no objection to the extension of time sought herein or to the filing of this motion.

Plaintiffs need additional time to address certain issues with respect to the confirmatory discovery agreed to by the parties as well as to complete the review of such discovery material.

Extending the deadline to file the motion for final approval and the petition for attorneys' fees, expenses, and service payments to August 21, 2014 will not delay resolution of this case and will not prejudice the class. First, if the motions are filed on August 21, 2014, class members will have two weeks to review and consider the motions before the deadline for class member objections on September 4, 2014. Second, class members will be alerted to the short delay in filing the motions by a message posted on the website that class counsel created to provide information about the lawsuit, www.fidelity401klawsuit.com. Third, the short delay in filing the motions will have no impact on the date and time of the Fairness Hearing scheduled for October 14, 2014 at 2:30 pm.

Accordingly, plaintiffs' request that the court enter an order extending the date to file the motion for final approval and the petition for attorney's fees to August 21, 2014.

Respectfully submitted

Dated: August 7, 2014

/S/ Gregory Y. Porter
Gregory Y. Porter
Gabriel Siegle
BAILEY & GLASSER LLP
910 17th St. NW
Suite 800
Washington, DC 20009
Tel: 202-463-2101
Fax: 202-463-2103
gporter@baileyglasser.com

2

Elizabeth Ryan, BBO No. 549632
John Roddy, BBO No. 424240
BAILEY & GLASSER LLP
125 Summer Street
Suite 1030
Boston, MA 02110
Tel: (617) 439-6730
Fax: (617) 951-3954

Peter Mougey
Erica Reed
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7121
Fax: (850) 436-6147

Garrett W. Wotkyns
Michael C. McKay
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
8501 North Scottsdale Rd., Suite 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036

Joseph C. Peiffer
Daniel J. Carr
PEIFFER ROSCA ABDULLAH
CARR & KANE, LLC
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504) 523-2464

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Gregory Y. Porter, hereby certify that on August 7, 2014, the foregoing was electronically mailed via the Court's ECF system to the following:

James O. Fleckner
Joseph F. Savage, Jr.
Alison V. Douglass
Abigail K. Hemani
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109

Attorneys for Defendants

                                                   /S/ Gregory Y. Porter