IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORI BILEWICZ, *et al.*,<br>and all others similarly situated,<br><br>    Plaintiffs,<br><br>        vs.<br><br>FMR LLC; FMR LLC INVESTMENT COMMITTEE;<br>and John and Jane Does 1-25,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 13-10636-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| AIDEN YEAW, ALEX C. BROWN,<br>and all others similarly situated,<br><br>    Plaintiffs,<br><br>        vs.<br><br>FMR LLC; FMR LLC RETIREMENT COMMITTEE;<br>and John and Jane Does 1-25,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 14-10035-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER AWARDING REASONABLE ATTORNEY'S FEES AND COSTS AND SERVICE AWARDS**

Plaintiffs in Bilewicz v. FMR LLC, No. 13-10636-DJC (D. Mass.), Lori Bilewicz, Jason Arcelay, Hassan Baami, Virginia G. Cherry, Carol A. Corner- Dolloff, Kevin Desrosiers, Paul Dinicola, Robert Dugdale, Mark Evangelista, Dominic Farinella, Joseph E. Friend, Elizabeth Cathe Harris, Ajua Cynthia Johnson, Michael W. Jones, Kevin M. Judd, Sr., Robert Massoud, Jason Mora, Joseph L. Otero, Paula M. Parrish, Deborah Pontes, Janet C. Prifti, Heath Racine, Darren J. Rillovick, Mary J. Rusiecki, Krista Schepanovsky, Robert Visconti, and Jacqueline M. Wheeler, and

1

Plaintiffs in Yeaw v. FMR LLC, No. 14-10035-DJC (D. Mass.), Aiden Yeaw and Alex C. Brown move the Court for an order granting an award of attorney's fees and costs and service awards.

Good cause exists for granting this motion as set forth in the accompanying Memorandum in Support. At the time this motion is ripe for decision, the Court will have held a hearing on the award of attorney fees and costs and service awards and provided notice and opportunity for those with objections, if any, to be heard.

Dated: August 21, 2014

Respectfully submitted,

/s/ Gregory Y. Porter
Gregory Y. Porter *admitted pro hac vice*
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, DC 20006
Tel: (202) 463-2101
Fax: (202) 463-2103

Garrett W. Wotkyns
Michael C. McKay
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
8501 North Scottsdale Rd., Suite 270
Scottsdale, AZ 85253
Tel: (480) 428-0142
Fax: (866) 505-8036

John Roddy, BBO No. 424240
BAILEY & GLASSER LLP
125 Summer Street
Suite 1030
Boston, MA 02110
Tel: (617) 439-6730
Fax: (617) 951-3954

Peter Mougey
Laura Dunning
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Tel: (850) 435-7121
Fax: (850) 436-6147

Joseph C. Peiffer
Daniel J. Carr
PEIFFER ROSCA ABDULLAH
CARR & KANE, LLC
201 St. Charles Avenue, Suite 4610
New Orleans, LA 70170
Tel: (504) 523-2434
Fax: (504) 523-2464

*Attorneys for Plaintiffs*

**Local Rule 7.1 Certification**

I hereby certify that counsel for Plaintiff conferred with counsel for the Defendants concerning the relief sought in this motion and that Defendants do not oppose the relief sought in this motion.

/s/ Gregory Porter

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2014, I served the foregoing via CM/ECF on all counsel of record.

/s/ Gregory Porter